```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
AZRIEL PRIMAK,                                                  :
                                                                :
                                        Plaintiff,              :
                                                                :
                -against-                                       :       18-CV-9340 (VEC)
                                                                :
                                                                :                ORDER
                                                                :
CHAI LIFELINE, INC., a/k/a CONGREGATION                         :
CHAI LIFELINE,                                                  :
                                                                :
                                        Defendant.              :
-------------------------------------------------------------- X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/12/2020

VALERIE CAPRONI, United States District Judge:

WHEREAS the Court denied Defendant's motion for summary judgment and asked the parties for three proposed trial dates (Dkt. 31);

IT IS HEREBY ORDERED THAT:

1. In light of the COVID-19 pandemic, the trial is adjourned *sine die*. When jury trials become feasible again, the parties will be given at least one month notice of their new trial date.

2. A joint pretrial order, with joint requests to charge and proposed *voir dire* questions (which must be focused only on the facts of this specific case) is due no later than **August 15, 2020**. The parties are directed to the Undersigned's Individual Rules for the required contents of their joint pretrial order.

3. No later than **May 18, 2020,** the parties must meet and confer and inform the Court whether they wish to waive a jury trial and proceed with a bench trial. If the parties wish to proceed with a bench trial, although the Court cannot yet set a date for the trial, the parties will receive at least one month notice of any such trial date (which is

likely to be sooner than the date on which a jury trial can be held). In the same letter, the parties must also inform the Court whether they would like a referral to the Magistrate Judge for a settlement conference. If there is a disagreement between the parties on either issue, inform the Court only that there is no joint agreement; do not inform the Court which party takes which position.

**SO ORDERED.**

Date:  **May 12, 2020**
      **New York, New York**

      **VALERIE CAPRONI**
      **United States District Judge**